No. 05–6493. SOCHA v. KUCINICH, UNITED STATES CONGRESSMAN. C. A. 6th Cir. Certiorari denied.

No. 05–6497. CRUZADO v. WHORTON, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–6534. ALLEN v. NICHOLSON, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 05–6555. RINICK v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 05–6587. WALKER v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 05–6597. STUCKY v. BLACKETTER, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 05–6616. MORRIS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 05–6618. SINGLEY v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 05–6630. BROWER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 05–6667. MILLER v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 05–6670. VIALPANDO v. SOARES, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–6671. VIALPANDO v. SOARES, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–6677. SPROUSE v. POWELL, WARDEN. C. A. 4th Cir. Certiorari denied.